# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**VAUGHN H. SAMUELS**
      Plaintiff,

V.

**JAMEELAH M. SAMUELS, ET AL.**
      Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-3149 (NLH)(KMW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

[X] GRANTED, and

[X] The clerk is directed to file the complaint, and

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

[ ] and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this __18th__ day of __December__, 2009.

_Noel L. Hillman_
Signature of Judicial Officer

Hon. Noel L. Hillman
Name and Title of Judicial Officer